THE PUBLIC UTILITY CONSTRUCTION AND GAS APPLIANCE WORKERS, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. PUBLIC SERVICE ELECTRIC AND GAS COMPANY, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

See same case below: 35 *N. J. Super.* 414.

*Mr. Luke A. Kiernan, Jr.,* for the petitioner.

*Mr. Jacob Friedland* and *Mr. Frederick E. Riethmuller* for the respondents.

September 19, 1955.

NEW JERSEY HIGHWAY AUTHORITY, PLAINTIFF-RESPONDENT, v. MORRIS RUDD, *ET AL.*, DEFENDANTS-PETITIONERS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 36 *N. J. Super.* 1.

*Messrs. Van Riper & Belmont* for the petitioners.

*Mr. Walter Goldberg* for the respondent.